

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KENNY LOVETT                                       PLAINTIFF

VS.                                             NO. 4:05CV126TSL-AGN

CBL & ASSOCIATES PROPERTIES, INC.               DEFENDANT

### AGREED ORDER OF DISMISSAL OF PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES

Having come on for hearing on joint motion of the parties and the court being advised of the premises herein finds that said Motion is well taken and should be granted.

The Court therefore finds that Defendant's Motion for Partial Summary Judgment as to the claims for Punitive Damages is GRANTED and all claim for punitive damages are hereby dismissed with prejudice.

SO ORDERED, this the 14th day of July, 2006.

~~CIRCUIT COURT JUDGE~~
U.S. District Court Judge

AGREED TO:

DAVID H. LINDER (1259)
THE HAMILTON LAW FIRM
P.O. Box 1511
Meridian, MS 39302-1511
Telephone: (601) 693-5548
Fax: (601) 693-2949

MICHAEL J. TARLETON (101812)
UNGARINO & ECKERT, L.L.C.
1080 River Oaks Drive, Suite B-201
Jackson, MS 39232
Telephone: (601) 932-3542
Fax: (601) 510-9108